**Order filed June 14, 2022.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-22-00323-CV**
_____

**T&H INTERNATIONAL GROUP, INC. NZY FARM WORLD, INC., AND JIANPING NI, Appellants**

**V.**

**EAST WEST BANK, Appellee**

___

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-78251**

___

## ORDER

The notice of appeal in this case was filed March 14, 2022. To date, the appellate filing fee of $205.00 has not been paid by any appellant. Moreover, the clerk responsible for preparing the record notified this court that appellants have not made payment for the record. No evidence that appellants have established indigence has been filed. *See* Tex. R. Civ. P. 5, 145. On May 16, 2022, this court notified appellants that the court may dismiss the appeal unless they paid the appellate filing fee, and on May 20, 2022, this court notified appellants that the

appeal was subject to dismissal unless appellants filed a response with proof of payment for the record. No response was filed to either notice. Therefore, the court issues the following order.

Appellants are ordered to demonstrate to this court within **ten (10) days** of the date of this order arrangements have been made to pay for the clerk's record. *See* Tex. R. App. P. 35.3(c). Appellants are further ordered to pay the appellate filing fee in the amount of $205.00 to the Clerk of this court within **ten (10) days** of the date of this order. If appellants fail to timely comply with either of those orders, the appeal will be subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b).

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Poissant.